IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| BRANDI J. SANDERS AND HEATHER J. SIKES, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF JANICE F. BROWN,<br>    Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN RAILWAY COMPANY AND JUSTIN KRULL,<br><br>    Defendants | Civil Action No. 6:15-cv-00004-BAE-GRS |

## PLAINTIFF'S EXPERT WITNESS REPORTS AND DISCLOSURES

**NOW COMES BRANDI J. SANDERS** AND **HEATHER J. SIKES**, Individually, and as Administrators of the Estate of **JANICE F. BROWN**, and make their expert witness disclosures in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure, showing the Court as follows:

I. Disclosures under Rule 26(a)(2)B

A. Michael J. Toma
   M2Economics
   153 Cherryfield Lane
   Savannah, Georgia 31419
   (912) 541-2981

A report setting forth a complete statement of all opinions that Michael J. Toma will express and the basis and the reasons for them is attached hereto and made a part hereof as Exhibit 1. Exhibit 1 also sets forth the facts and/or data considered by Mr. Toma in forming his opinions and attaches and makes reference to exhibits that will or may be used to summarize or support Mr. Toma's opinions. The witnesses qualifications including a list of all publications authored by him in the previous ten (10) years, is included in the Professional Profile that is included as part of Exhibit 1. Mr. Toma has not testified as an expert at trial or by deposition during the previous for four (4) years. As reflected by Mr. Toma's report, his services in this matter have been conducted at an hourly rate of $200.00.

B.  David Brill
    Collision Analysis & Investigations
    2574 Northwest 49th Ave.
    Jennings, FL 32053
    (386) 938-3434

A report setting forth a complete statement of all opinions that David Brill will express and the basis and the reasons for them is attached hereto and made a part hereof as Exhibit 2. Exhibit 2 also sets forth the facts and/or data considered by the witness in forming his opinions. The report also references exhibits that will or may be used to summarize or support Mr. Brill's opinions. Mr. Brill's qualifications, including a list of all publications authored by him in the previous ten (10) years, is included in Exhibit 2. A list of all other cases in which, during the previous four (4) years, Mr. Brill testified as an expert at trial or by deposition is also made a part of Exhibit 2. As reflected by Mr. Brill's report, his services in this matter have been conducted at an hourly rate of $200.00.

C.  Barry Riner
    Collision Consultants of Georgia, Inc.
    256 Big Oak Road
    Jessup, Georgia 31545
    (912) 202-3166

A report setting forth a complete statement of all opinions Barry Riner will express and the basis and the reasons for them is attached hereto and made a part hereof as Exhibit 3. Exhibit 3 also sets forth the facts and/or data considered by Mr. Riner in forming his opinions and attaches and makes reference to exhibits that will or may be used to summarize or support Mr. Riner's opinions. The witness has not authored any publications in the last ten (10) years. The witnesses qualifications is included in the Professional Profile that is included as part of Exhibit 3. A list of all the cases in which Mr. Riner, during the previous four (4) years, has testified as an expert at trial or by deposition is also attached as part of Exhibit 3. As reflected by Mr. Riner's report, his services for this matter have been conducted at an hourly rate of $125.00 plus expenses.

This ___5 TH___ Day of ___MAY___ 2015.

                                        LASKY COOPER LAW

                                        _____
P. O. Box 9086                          ARTHUR L. COOPER
Savannah, GA 31412                      GEORGIA STATE BAR NO. 185275
912-232-6423                            JEFFREY W. LASKY
                                        GEORGIA STATE BAR NO. 438525
                                        ATTORNEYS FOR PLAINTIFFS

2