IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

BRANDI J. SANDERS AND HEATHER
J. SIKES, INDIVIDUALLY AND AS
ADMINISTRATORS OF THE ESTATE
OF JANICE F. BROWN,

    Plaintiffs,

v.      CV 615- 004

NORFOLK SOUTHERN RAILWAY COMPANY
AND JUSTIN KRULL,

    Defendant.

## O R D E R

Presently before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 20). Plaintiff has agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 14th day of September, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA